**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
Massimo Lombardozzi,

                Plaintiff,                              23 **CIVIL** 73 (VR)

      -v-                                                  **JUDGMENT**

Martin O'Malley, Commissioner of Social
Security Administration,
                Defendant,

Social Security Administration,

                Interested Party.

-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 14, 2024, the Commissioner's motion is GRANTED and Lombardozzi's motion is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
          March 19, 2024

                                                  **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                          **BY:**      *K. Mango*

                                                    **Deputy Clerk**