UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

Massimo Lombardozzi,

                              Plaintiff,

              -against-

Martin O'Malley, Commissioner of Social
Security Administration,

                              Defendant,

Social Security Administration,

                              Interested Party.

-----------------------------------------------------------------X

7:23-cv-00073-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      Martin O'Malley became the Commissioner on December 20, 2023. He is substituted for the former Acting Commissioner, Kilolo Kijakazi, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure. The Clerk of Court is respectfully directed to amend the official caption to conform to the above.

      **SO ORDERED.**

DATED:    White Plains, New York
                March 20, 2024

                                                      _____
                                                         VICTORIA REZNIK
                                                         United States Magistrate Judge